PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

2007 FEB 27 P 1:37

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joe T. Simmons                              Cr.: 99-00756-006

Name of Sentencing Judicial Officer: John C. Lifland, Sr. U.S. District Judge

Date of Original Sentence: 12/22/00

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 60 months imprisonment; 5 years supervised release; $100 special assessment. Special condition: drug testing and/or treatment.

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/07/04

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant is to be confined to his residence for a period of 60 days commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring are waived.

## CAUSE

In March, June, July, and August 2006, Simmons was cited by the Newark Police Department for operating a vehicle with an expired/suspended license. He failed to notify the probation office of these law enforcement contacts. On October 10, 2006, November 28, 2006, and January 23, 2007, Simmons submitted urine specimens which tested positive for marijuana.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 02/13/07

PROB 12B - Page 2
Joe T. Simmons

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/24/07
_____
Date