PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joe T Simmons  **Docket Number:** 99-00756-006
  **PACTS Number:** 25110

**Name of Original Sentencing Judicial Officer:** Honorable John C. Lifland
**Reassigned to Judicial Officer:** Honorable Katharine S. Hayden

**Date of Original Sentence:** 12/22/2000

**Original Offense:** Conspiracy to Distribute Heroin

**Original Sentence:** 60 months imprisonment; 5 years supervised release; $100 special assessment. Special condition: Drug testing and/or treatment.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/07/04

**Assistant U.S. Attorney:** Julia Epstein, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** David L. Rhoads, Esq., 311 White Horse Avenue, Suite A, Trenton, New Jersey 08610, (609) 585-3300

---

## PETITIONING THE COURT

[X]  To issue a warrant as a detainer
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On July 25, 2008, Simmons was arrested by the Essex County Sheriff's Department (Narcotics Bureau) and charged with possession of a weapon (2C:39-4D), aggravated assault (2C:12-1B), resisting arrest (2C:29-2A), and numerous drug-related offenses.<br><br>Simmons is presently incarcerated at the Essex County Jail on $100,000 bail. |

PROB 12C - Page 2
Joe T Simmons

2      The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**

        Simmons failed to report to the Probation Office on July 15, 2008. In addition, Simmons has only submitted one supervision report (May 2008) during 2008.

3      The offender has violated the supervision condition which states **'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.'**

        Despite efforts by the Probation Office, Simmons has failed to obtain gainful employment.

4      The offender has violated the supervision condition which states **'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'**

        As evident by his arrest, Simmons associated with a convicted felon, Ali Jenkins. According to the New Jersey State Bureau of Investigation, Ali Jenkins is a convicted felon under SBI number 331898C.

        I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nier
U.S. Probation Officer
Date: 8/14/08

**THE COURT ORDERS:**

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

8-15-08
Date